UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTWOINE BEALER, | ) | 1:12-cv-01516-GSA-PC |
| | ) | |
| Plaintiff, | ) | ORDER STRIKING COMPLAINT AND APPLICATION TO PROCEED IN FORMA PAUPERIS FOR LACK OF SIGNATURE |
| vs. | ) | |
| | ) | (Docs. 1, 2.) |
| WARDEN OF KVSP, et al., | ) | |
| | ) | THIRTY-DAY DEADLINE TO: |
| Defendants. | ) | |
| | ) | (1) FILE SIGNED FIRST AMENDED COMPLAINT, AND |
| | ) | |
| | ) | (2) FILE SIGNED APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE |

Antwoine Bealer ("Plaintiff") is a state prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on September 14, 2012, together with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (Docs. 1, 2.) However, Plaintiff did not sign the Complaint or the application. All filings submitted to the court must bear the signature of the filing party. Local Rule 131; Fed. R. Civ. P. 11(a).

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's Complaint and application to proceed in forma pauperis, filed on September 14, 2012, are STRICKEN from the record for lack of signature;

1

2. The Clerk is DIRECTED to send to Plaintiff an application to proceed in forma pauperis and a form civil rights complaint;

3. Within thirty days from the date of service of this order, Plaintiff is required to:
   (1) file a new signed First Amended Complaint, complete within itself; and
   (2) file a completed and signed application to proceed in forma pauperis, or in the alternative, pay the $350.00 filing fee for this action;

4. Plaintiff's First Amended Complaint shall be boldly titled "**First Amended Complaint**" and shall bear the case number **1:12-cv-01516-GSA-PC**;

5. Failure to comply with this order shall result in dismissal of this action.

IT IS SO ORDERED.

**Dated:**   **September 18, 2012**              /s/ Gary S. Austin
                                            UNITED STATES MAGISTRATE JUDGE

2