UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTWOINE BEALER,<br><br>          Plaintiff,<br><br>     vs.<br><br>KVSP WARDEN, et al.,<br><br>          Defendants. | 1:12-cv-01516-AWI-GSA-PC<br><br>ORDER STRIKING SUPPLEMENTAL OBJECTIONS AS UNTIMELY<br>(Docs. 26, 28.) |

      Antwoine Bealer ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.

      On May 8, 2014, the Court entered findings and recommendations, recommending that this action proceed only against defendants Rios and Brannum on Plaintiff's claims for use of excessive force, and that all other claims and defendants be dismissed from this action based on Plaintiff's failure to state a claim. (Doc. 22.) Plaintiff was granted thirty days in which to file objections to the findings and recommendations. (Id.) On June 11, 2014, Plaintiff filed objections to the findings and recommendations. (Doc. 24.) On July 21, 2014, Plaintiff filed supplemental objections. (Doc. 26.) On August 21, 2014, Plaintiff filed additional supplemental objections. (Doc. 28.)

      Plaintiff's supplemental objections of July 21, 2014 and August 21, 2014 were filed well after the thirty day deadline. Plaintiff did not request leave of court to file supplemental

objections or an extension of time. Therefore Plaintiff's supplemental objections shall be stricken as untimely.[1]

Accordingly, IT IS HEREBY ORDERED that Plaintiff's supplemental objections of July 21, 2014 and August 21, 2014 are STRICKEN from the record as untimely.

IT IS SO ORDERED.

Dated:   **September 17, 2014**                              **/s/ Gary S. Austin**
                                                  UNITED STATES MAGISTRATE JUDGE

---

[1] When a document is stricken, it becomes a nullity and is not considered by the court for any purpose.