UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE BEALER,<br><br>        Plaintiff,<br><br>    vs.<br><br>R. BRANNUM, et al.,<br><br>        Defendants. | 1:12-cv-01516-AWI-GSA-PC<br><br>ORDER RE PLAINTIFF'S LETTER TO THE CLERK<br>(Doc. 46.) |

    Antoine Bealer ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis with this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed the Complaint commencing this action on September 14, 2012. (Doc. 1.)  This case now proceeds on the Fourth Amended Complaint filed on March 28, 2014, against defendants Rios and Brannum for use of excessive force in violation of the Eighth Amendment. (Doc. 21.)  This case is presently in the discovery phase, pursuant to the court's scheduling order of March 2, 2015.  (Doc. 45.)

    On April 7, 2015, Plaintiff submitted a letter to the Clerk in which he alleged an incident occurring on March 24, 2015, during which prison officials detained him in Administrative Segregation on false charges.  Plaintiff informs the court that he believes this shows "another, more extreme, act of harassment and retaliation for the lawsuit I have filed." Doc. 46.)

1  Plaintiff is advised that this lawsuit now proceeds only against defendants Rios and
2 Brannum for use of excessive force, arising from events occurring before Plaintiff filed this
3 action.  On October 29, 2014, the court issued an order dismissing all other claims and
4 defendants from this case. (Doc. 33.)  Plaintiff may not add new allegations of harassment and
5 retaliation to this action without leave of court.

IT IS SO ORDERED.

Dated:   **April 8, 2015**                               **/s/ Gary S. Austin**
                                                  UNITED STATES MAGISTRATE JUDGE