UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE BEALER,<br><br>            Plaintiff,<br><br>     vs.<br><br>R. BRANNUM, et al.,<br><br>            Defendants. | 1:12-cv-01516-DAD-EPG-PC<br><br>NOTICE OF TELEPHONIC STATUS CONFERENCE BEFORE MAGISTRATE JUDGE ERICA P. GROSJEAN<br><br>**April 28, 2016 at 2:00 p.m.**<br>**Courtroom 10 (EPG)** |

**PLEASE TAKE NOTICE**

This case is now scheduled for a telephonic status conference before Magistrate Judge Erica P. Grosjean on Thursday, **April 28, 2016 at 2:00 p.m. in Courtroom 10 (EPG).** The parties shall be prepared to informally discuss discovery for this case, including but not limited to discovery addressed in Plaintiff's Motions filed on January 8, 2016. (ECF Nos. 27, 29.) On or before April 15, 2015, Defendants shall submit to Courtroom Deputy Michelle Rooney copies of all discovery requests and responses that have been exchanged between the parties to this action. The parties should not submit additional materials or argument in advance of the status conference. Counsel for Defendants is required to arrange for the participation of Plaintiff in the telephonic status conference and to initiate the telephonic hearing at **(559) 499-5960**.

IT IS SO ORDERED.

    Dated:   **March 21, 2016**                    /s/ Erica P. Grosjean
                                                   UNITED STATES MAGISTRATE JUDGE