UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTWOINE BEALER,<br><br>        Plaintiff,<br><br>   vs.<br><br>R. BRANNUM, et al.,<br><br>        Defendants. | 1:12-cv-01516-DAD-EPG-PC<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS AS ORDERED BY THE COURT<br>(ECF No. 136.)<br><br>DEADLINE: MAY 20, 2016 |

      Antwoine Bealer ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.

      On May 13, 2016, Defendants filed a motion for extension of time to respond to Plaintiff's discovery requests as ordered by the Court at the April 28, 2016 hearing. (ECF No. 136.) The Court originally ordered the responses due on May 13, 2016; however, to date the Court has not issued the order following the hearing, outlining the exact phrasing of the questions and the formatting requirements. (Sloan Decl., ECF No. 136 at 2 ¶5.) Defendants have diligently prepared their responses based on notes taken at the hearing. (Id. ¶6.) However, they want to be confident their responses fully address all items ordered of them. (Id.) Defendants request an additional 7 days, up to and including May 20, 2016, to respond.

1

Defendants have shown good cause for the Court to grant their motion for extension of time. Accordingly, IT IS HEREBY ORDERED that Defendants are granted an extension of time until May 20, 2016, in which to respond to Plaintiff's discovery requests as ordered by the Court at the April 28, 2016 hearing.

IT IS SO ORDERED.

Dated: **May 13, 2016**                               /s/ Erica P. Grosjean
                                                                    UNITED STATES MAGISTRATE JUDGE