UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTWOINE BEALER,<br><br>            Plaintiff,<br><br>    v.<br><br>R. BRANNUM, et al.,<br><br>            Defendants. | Case No.: 1:12-cv-01516-DAD-EPG<br><br>**ORDER REQUIRING PRODUCTION OF PLAINTIFF FOR TRIAL ON AUGUST 10, 2016, AT 8:30 A.M.** |

Plaintiff Antwoine Bealer #F-06798, shall be produced to testify before the United States District Court, at 2500 Tulare Street in Fresno, California at 8:30 a.m. on Wednesday, August 10, 2016, and from day to day until completion of the proceedings or as ordered by the Court.

IT IS SO ORDERED.

Dated:   **August 9, 2016**                                  _____
                                                                            UNITED STATES DISTRICT JUDGE