UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTWOINE BEALER,<br><br>            Plaintiff,<br><br>     v.<br><br>R. BRANNUM, et al.,<br><br>            Defendants. | Case No.: 1:12-cv-01516-DAD-EPG<br><br>**ORDER PLAINTIFF NO LONGER REQUIRED FOR TRIAL** |

Jury Trial as to Antwoine Bealer #F-06798, has concluded and he can be returned to his permanent housing unit.

IT IS SO ORDERED.

Dated:   **August 11, 2016**                       _____
                                                                         UNITED STATES DISTRICT JUDGE

1