UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA
2500 Tulare Street, Room 1501
Fresno, CA 93721




## ORDER AND RECEIPT FOR TRIAL EXHIBITS

CASE NUMBER:   1:12-cv-01516-DAD-EPG

CASE NAME:   **Antwoine Bealer vs. R. Brannum, et al.**

Pursuant to Local Rule 138(f), the court orders that custody of all exhibits used, referenced and/or admitted at trial be returned to defense counsel.  Defense counsel shall retrieve the original exhibits from the Courtroom Deputy following the verdict in the case.

Defense counsel shall retain possession of and keep safe all exhibits until final judgment and all appeals are exhausted or the time for filing an appeal has passed.

Plaintiff did not have trial exhibits.

IT IS SO ORDERED.

Dated:   **August 11, 2016**                                   _____
                                                                                        DISTRICT JUDGE


DATE EXHIBITS RETURNED:   August 11, 2016

Deft Attorneys: **Andrea Sloan and Monica Anderson**

Deft Attorney Signatures:   _____

This document certifies that the above referenced exhibits were returned.

Date:   August 11, 2016                                   _____
                                                                                  **Renee Gaumnitz**
                                                                                  **Courtroom Deputy**