UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTWOINE BEALER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>R. BRANNUM, et al.,<br><br>　　　　　Defendants. | No.  1:12-cv-01516-DAD-EPG<br><br>JUDMENT IN A CIVIL ACTION |

Judgment is entered in this action in favor of defendants R. Brannum and S. Rios, and against plaintiff Antwoine Bealer on all plaintiff's claims, according to the special verdicts of the trial jury returned in open court August 11, 2016.

DATED: August 12, 2016　　　　　　　　　　　　MARIANNE MATHERLY, Clerk

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Reneé Gaumnitz
　　　　　　　　　　　　　　　　　　　　　　　By: Renee Gaumnitz
　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

1