UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTWOINE BEALER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CORRECTIONAL OFFICER S. RIOS and SERGEANT R. BRANNUM,<br><br>　　　　　Defendants. | Case No. 1:12-cv-01516-DAD-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR MAIL BOX RULE EVIDENCE<br><br>(ECF NO. 261) |

　　　Antwoine Bealer ("Plaintiff") is a state prisoner who appeared *pro se* and was granted *in forma pauperis* status in this civil rights action, which he filed pursuant to 42 U.S.C. § 1983.

　　　On May 9, 2018, Plaintiff filed a request for mail box rule evidence. (ECF No. 261). In order to show when he mailed his pretrial statement to the Court, Plaintiff requests a copy of the envelope that he used to mail his pretrial statement to the Court.

　　　Plaintiff's request will be denied because the Court does not have a copy of the envelope (the Court generally does not keep envelopes, or copies of envelopes, used to mail documents to the Court).

　　　Accordingly, IT IS ORDERED that Plaintiff's request for mail box rule evidence is DENIED.

IT IS SO ORDERED.

　　Dated:　**May 10, 2018**　　　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1